**COMPOSITE EXHIBIT 3**

*Carol Lee v. Panera, LLC and John Doe*

## Medical Bills
### (based on Plaintiff's Response to 1st Request for Production)

| PROVIDER | DATE(S) OF SERVICE | AMOUNT OF BILL |
|---|---|---|
| Miami-Dade County Fire Rescue | 6/14/2019 | $900.00 |
| Kendall Regional Medical Center | 6/14/2019 to 6/26/2019 | $261,824.12 |
| Absolute Home Care Inc. | 7/12/2019 to 8/13/2019 | $3,225.14 |
| National Medical | 2/14/2020 | $237.13 |
| TOTAL | | $266,186.39 |

09/23/2019 15:59   #298 P.002/002



**Miami-Dade County Fire Rescue**
PO Box 863330
Orlando, FL 32886

**Account #**
**52971499**

## Itemized Statement

| Patient | Trip |
|---|---|
| Lee, Carol<br>9110 FONTAINEBLEAU BLVD<br>Apt#205<br>MIAMI FL  33172 | Date of Service: 06-14-2019<br>Dispatch ID Number: 9127385<br>Pickup: 10061 W FLAGLER ST<br>Destination: KENDALL REGIONAL MEDICAL CENTER |

## Itemized Charges

| Description | Unit Cost | Units | Amount |
|---|---|---|---|
| ALS Supplies - IV Therapy | 25.00 | 1 | 25.00 |
| ALS1 Emergency Base Rate | 800.00 | 1 | 800.00 |
| ALS Emergency Mileage | 15.00 | 5 | 75.00 |

## Account Detail

| Transaction | Scan # | Post Date | Amount |
|---|---|---|---|
| Payment to EMS - Primary Insurance | ps545379 | 09-20-2019 | 381.28 |
| Adjustment/Assignment - Primary Insurance | ps545379 | 09-20-2019 | 421.46 |

## Account Summary

| Total Charges | Total Payments | Assign/Adjust | Balance Due |
|---|---|---|---|
| $900.00 | $381.28 | $421.46 | $97.26 |

Printed on 09-23-2019

```
PATIENT NO:          25448977   KENDALL REGIONAL MED CTR  BILLING DATE    PAGE    1    01356
MED REC NO:           943214    11750 SW 40TH STREET        07/05/19
GUARANTOR NO:
PATIENT:                        MIAMI                      FL 331753530    ADMITTED      DISCHARGED
LEE CAROL                                                                 06/14/19      06/26/19


PAY TO ADDRESS:      KENDALL REGIONAL MED CTR
                     P O BOX 402278
                     ATLANTA
                     GA 303842278


BILL TO:
   LEE CAROL                     INPATIENT                    FC=01
   9110 FOUNTAINEBLEAU BLVD      ADMIT THRU DISCHARGE CLAIM
   APT 205
   MIAMI          FL     33172


DATE OF     ATT                SERV  REV        ROOM AND CARE      ROOM       NONBILL
SERVICE    PHYS FC ROOM  AC CODE CODE DEPT     DAYS   CHARGE     CHARGES      CHARGES


06/14/19   4757 01 4106A MD MED    111 0611   12 X  1894.00    22728.00         .00


                          TOTAL ROOM AND CARE          22728.00
              TOTAL NON BILLABLE ROOM AND CARE              .00
                    TOTAL BILLED ROOM AND CARE         22728.00
DATE OF    BATCH      F       NDC/CPT-4/
SERVICE    REF    DEPT S PROC    HCPCS         QTY SERVICE DESCRIPTION      CHARGES


   250-PHARMACY
061719  17B291   0712    157692              1 ROCURONIUM 50MG/5ML IN        74.00
061719  17B292   0712    157692              1 ROCURONIUM 50MG/5ML IN        74.00
                                                SUBTOTAL:                   148.00
   259-DRGS/OTHER
061419  14B912   0712    013043              1-FAMOTIDINE 20 MG TAB          61.00-
061419  14B863   0712    013043              1 FAMOTIDINE 20 MG TAB          61.00
061519  15B059   0712    013591  50580060002 2 ACETAMIN 325MG TAB            2.00
061519  15B984   0712    015442  51079044101 1 LEVOTHYROXIN 0.075MG T       28.00
061519  15B015   0712    016016  60687033211 1 RAMIPRIL 2.5 MG CAP          52.00
061519  15B040   0712    013043  68001024000 1 FAMOTIDINE 20 MG TAB         61.00
061619  16B128   0712    013591  50580060002 2 ACETAMIN 325MG TAB            2.00
061619  16B149   0712    013591  50580060002 2 ACETAMIN 325MG TAB            2.00


A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:         25448977   KENDALL REGIONAL MED CTR   BILLING DATE    PAGE   2   01356
MED REC NO:          943214    11750 SW 40TH STREET         07/05/19
GUARANTOR NO:
PATIENT:                       MIAMI                        FL 331753530    ADMITTED    DISCHARGED
LEE CAROL                                                                  06/14/19    06/26/19
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 061619 | 16B097 | 0712 | | 015442 | 51079044101 | 1 | LEVOTHYROXIN 0.075MG T | 28.00 |
| 061619 | 16B125 | 0712 | | 016916 | 68001014200 | 1 | RAMIPRIL 2.5 MG CAP | 52.00 |
| 061619 | 16B168 | 0712 | | 016976 | 68084035511 | 1 | OXYCODONE/APAP 5/325TA | 50.00 |
| 061719 | 17B288 | 0712 | | 013591 | | 3 | ACETAMIN 325MG TAB | 3.00 |
| 061719 | 17B288 | 0712 | | 013370 | 33342015711 | 2 | CELECOXIB 200MG CAP | 148.00 |
| 061719 | 17B385 | 0712 | | 013591 | 50580060002 | 2 | ACETAMIN 325MG TAB | 2.00 |
| 061719 | 17B220 | 0712 | | 016976 | 68084035511 | 1 | OXYCODONE/APAP 5/325TA | 50.00 |
| 061819 | 18B470 | 0712 | | 015442 | 51079044101 | 1 | LEVOTHYROXIN 0.075MG T | 28.00 |
| 061819 | 18B584 | 0712 | | 013043 | 68001024000 | 1 | FAMOTIDINE 20 MG TAB | 61.00 |
| 061819 | 18B470 | 0712 | | 013043 | 68001024000 | 1 | FAMOTIDINE 20 MG TAB | 61.00 |
| 061919 | 19B743 | 0712 | | 013043 | | 1 | FAMOTIDINE 20 MG TAB | 61.00 |
| 061919 | 19B673 | 0712 | | 015442 | 51079044101 | 1 | LEVOTHYROXIN 0.075MG T | 28.00 |
| 061919 | 19B743 | 0712 | | 016916 | 68001014200 | 1 | RAMIPRIL 2.5 MG CAP | 52.00 |
| 062019 | 20B979 | 0712 | | 013043 | | 1 | FAMOTIDINE 20 MG TAB | 61.00 |
| 062019 | 20B934 | 0712 | | 013043 | | 1 | FAMOTIDINE 20 MG TAB | 61.00 |
| 062019 | 20B934 | 0712 | | 016916 | | 1 | RAMIPRIL 2.5 MG CAP | 52.00 |
| 062019 | 20B878 | 0712 | | 015442 | 51079044101 | 1 | LEVOTHYROXIN 0.075MG T | 28.00 |
| 062119 | 21B063 | 0712 | | 015400 | | 1 | MAGNES CITRATE 300ML | 3.00 |
| 062119 | 21B182 | 0712 | | 013591 | | 2 | ACETAMIN 325MG TAB | 2.00 |
| 062119 | 21B063 | 0712 | | 016579 | 574705012 | 1 | BISACODYL 10MG SUPP | 1.00 |

```
A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:          25448977   KENDALL REGIONAL MED CTR  BILLING DATE    PAGE   3   01356
MED REC NO:          943214     11750 SW 40TH STREET        07/05/19
GUARANTOR NO:
PATIENT:                        MIAMI                    FL 331753530    ADMITTED    DISCHARGED
LEE CAROL                                                               06/14/19    06/26/19
```

```
DATE OF  BATCH      F         NDC/CPT-4/
SERVICE  REF    DEPT S  PROC     HCPCS        QTY SERVICE DESCRIPTION         CHARGES

062119 21B063  0712   014165    904053061     1 MULTIVITAMIN TAB              13.00
062119 21B062  0712   015442    51079044101   1 LEVOTHYROXIN 0.075MG T        28.00
062119 21B063  0712   016916    68001014200   1 RAMIPRIL 2.5 MG CAP           52.00
062119 21B063  0712   013043    68001024000   1 FAMOTIDINE 20 MG TAB          61.00
062119 21B156  0712   013043    68001024000   1 FAMOTIDINE 20 MG TAB          61.00
062219 22B226  0712   015442    51079044101   1 LEVOTHYROXIN 0.075MG T        28.00
062219 22B255  0712   016916    68001014200   1 RAMIPRIL 2.5 MG CAP           52.00
062219 22B279  0712   013043    68001024000   1 FAMOTIDINE 20 MG TAB          61.00
062219 22B255  0712   013043    68001024000   1 FAMOTIDINE 20 MG TAB          61.00
062219 22B221  0712   016976    68084035511   1 OXYCODONE/APAP 5/325TA        50.00
062219 22B298  0712   016976    68084035511   1 OXYCODONE/APAP 5/325TA        50.00
062319 23B335  0712   015442    51079044101   1 LEVOTHYROXIN 0.075MG T        28.00
062319 23B339  0712   016916    68001014200   1 RAMIPRIL 2.5 MG CAP           52.00
062319 23B339  0712   013043    68001024000   1 FAMOTIDINE 20 MG TAB          61.00
062319 23B393  0712   013043    68001024000   1 FAMOTIDINE 20 MG TAB          61.00
062319 23B416  0712   016976    68084035511   1 OXYCODONE/APAP 5/325TA        50.00
062319 23B331  0712   016976    68084035511   1 OXYCODONE/APAP 5/325TA        50.00
062419 24B597  0712   013043    50268030311   1 FAMOTIDINE 20 MG TAB          61.00
062419 24B478  0712   015442    51079044101   1 LEVOTHYROXIN 0.075MG T        28.00
062419 24B549  0712   016022    63739047810   1 DOCUSATE SOD 100MG CAP         1.00
```

```
A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE    PAGE   4   01356
MED REC NO:          943214   11750 SW 40TH STREET         07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                         FL 331753530    ADMITTED    DISCHARGED
LEE CAROL                                                                   06/14/19    06/26/19
```

```
DATE OF   BATCH      F      NDC/CPT-4/
SERVICE   REF    DEPT S  PROC    HCPCS          QTY SERVICE DESCRIPTION        CHARGES

062419 24B549   0712   016916  68001014200     1 RAMIPRIL 2.5 MG CAP            52.00
062419 24B549   0712   013043  68001024000     1 FAMOTIDINE 20 MG TAB          61.00
062419 24B552   0712   016976  68084035511     1 OXYCODONE/APAP 5/325TA        50.00
062519 25B762   0712   014165   904053061      1 MULTIVITAMIN TAB              13.00
062519 25B807   0712   013608   904635361      1 LEVAQUIN 750 MG TABLET       202.00
062519 25B762   0712   016011   904640761      1 BISACODYL 5MG TAB              1.00
062519 25B762   0712   014523   9043233902     1 CALC CARB 600/VIT D TA        28.00
062519 25B762   0712   013043  50268030311     1 FAMOTIDINE 20 MG TAB          61.00
062519 25B683   0712   015442  51079044101     1 LEVOTHYROXIN 0.075MG T        28.00
062519 25B762   0712   016022  63739047810     1 DOCUSATE SOD 100MG CAP         1.00
062619 26B959   0712   014165   904053061      1 MULTIVITAMIN TAB              13.00
062619 26B959   0712   016011   904640761      1 BISACODYL 5MG TAB              1.00
062619 26B959   0712   014523   9043233902     1 CALC CARB 600/VIT D TA        28.00
062619 26B959   0712   013043  50268030311     1 FAMOTIDINE 20 MG TAB          61.00
062619 26B890   0712   015442  51079044101     1 LEVOTHYROXIN 0.075MG T        28.00
062619 26B959   0712   016022  63739047810     1 DOCUSATE SOD 100MG CAP         1.00
062619 26B959   0712   016916  68001014200     1 RAMIPRIL 2.5 MG CAP           52.00
062619 26B959   0712   016976  68084035511     1 OXYCODONE/APAP 5/325TA        50.00
062619 26B886   0712   016976  68084035511     1 OXYCODONE/APAP 5/325TA        50.00
                                                 SUBTOTAL:                  2669.00
```

```
A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:          25448977   KENDALL REGIONAL MED CTR   BILLING DATE    PAGE   5   01356
MED REC NO:            943214   11750 SW 40TH STREET        07/05/19
GUARANTOR NO:
PATIENT:                        MIAMI                      FL 331753530    ADMITTED       DISCHARGED
LEE CAROL                                                                 06/14/19       06/26/19
```

```
DATE OF   BATCH      F      NDC/CPT-4/
SERVICE   REF    DEPT S PROC    HCPCS        QTY SERVICE DESCRIPTION      CHARGES

    272-STERILE SUPPLIES
061419 14B905  0718   887750        1 TRAY CATH STSRP 16FR        275.75
061719 25B840  0718   802051        1 BLDE SAW SGTL S6 90X1       951.60
061719 25B840  0718   802460        3 DRSNG ABD 8X7.5 NON214        4.62
061719 25B840  0718   811834        1 TUBING IRR SYS PK           578.91
061719 25B840  0718   816095        1 TRAY SKIN PREP SCRUB W       56.58
061719 25B840  0718   816227        1 STAPLR SKN 6.9MM W 35       117.79
061719 25B840  0718   823274        1 BANDAGE CMPR STRL 4 X        15.45
061719 25B840  0718   833974        2 BANDAGE ACE STRL 6IN        213.96
061719 25B840  0718   845933        1 DRESSING PETRO GZE 8X3        9.27
061719 25B840  0718   846201        1 HOOD SURG PEEL AWY FLY      675.08
061719 25B840  0718   851920        1 BIT DRL NCB 195X4.3MM       724.42
061719 25B840  0718   851921        2 BIT DRILL NCB              1589.96
061719 25B840  0718   851922        2 KWIRE FX SS ORTH OD2        702.88
061719 25B840  0718   877089        2 ADHESIVE SKNCLS 2 OCTY     2658.98
061719 25B840  0718   900294        1 BLADE SAW 90X18X1.27MM      540.68
061719 25B840  0718   814709        4 SUTURE 2-0 CT1 36IN         99.64
061719 25B840  0718   814710        2 SUTURE ABS 0 J946H          49.04
061719 25B840  0718   814721        1 SUTURE VCL UND BRD 1        25.88
061719 25B840  0718   814741        2 SUTURE MONCRYL 3-0 Y93     156.42
```

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE    PAGE    6    01356
MED REC NO:          943214   11750 SW 40TH STREET       07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                        FL 331753530    ADMITTED     DISCHARGED
LEE CAROL                                                                  06/14/19     06/26/19
```

```
DATE OF   BATCH      F       NDC/CPT-4/
SERVICE   REF    DEPT S PROC   HCPCS          QTY SERVICE DESCRIPTION        CHARGES

                                                  SUBTOTAL:        9446.91
   278-SUPPLY/IMPLANTS
061719 25B840  0717  851919              9 CAP END FEM LCK 8X3.5M   2368.80
061719 25B840  0717  851924   C1713      2 SCREW NCB PRTASUL 64 7    568.40
061719 25B840  0717  851925   C1713      1 SCREW PRTASUL 64 80MM     284.20
061719 25B840  0717  851926   C1713      1 SCREW NCB PRTASUL 64 6    284.20
061719 25B840  0717  853287   C1713      2 SCREW FEM UNICORT 5X10    540.40
061719 25B840  0717  866154   C1713      3 BUTTON CBL HEX LCK 2.5    945.00
061719 25B840  0717  870596   C1713      1 PLATE 317MM DIST FEM     2667.00
061719 25B840  0717  881815   C1713      3 CABLE ORTH 1.8MM 635CM   6251.61
061719 25B840  0717  822201   C1713      3 CABLE FIXTN COCR 635X1   1860.60
                                                  SUBTOTAL:       15770.21
   301-LAB/CHEMISTRY
061419 14B803  0736  117570   80053      1 COMP METABOLIC PANEL     1517.00
061419 14B803  0736  117566   80047      1 BASIC METABOLIC CALC I   1030.00
061419 14B803  0736  794560   84484      1 TROPONIN QUANT           1031.00
061719 17B222  0736  117570   80053      1 COMP METABOLIC PANEL     1517.00
061819 18B461  0736  117567   80048      1 BMP TOTAL CALCIUM         287.00
061819 18B461  0736  156393   82306      1 VITAMIN D3 25-OH          139.00
062419 24B619  0736  117807   84132      1 POTASSIUM BLD             440.00
062419 24B590  0736  117570   80053      1 COMP METABOLIC PANEL     1517.00
062519 25B756  0736  117570   80053      1 COMP METABOLIC PANEL     1517.00
```

```
A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE   PAGE   7   01356
MED REC NO:          943214   11750 SW 40TH STREET       07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                      FL 331753530   ADMITTED    DISCHARGED
LEE CAROL                                                               06/14/19    06/26/19


DATE OF   BATCH      F        NDC/CPT-4/
SERVICE   REF   DEPT S PROC   HCPCS         QTY SERVICE DESCRIPTION         CHARGES

                                                    SUBTOTAL:            8995.00
     302-LAB/IMMUNOLOGY
061619 16B099  0758  122140   86900          1 ABO TYPE                  332.00
061619 16B099  0758  122142   86901          1 RH TYPE                   349.00
061619 16B099  0758  122126   86850          1 ANTIBODY SCREEN EA        328.00
061619 19B781  0758  122149   86920          1 CROSSMATCH IMM SPIN       474.00
061919 19B816  0758  122140   86900          1 ABO TYPE                  332.00
061919 19B816  0758  122142   86901          1 RH TYPE                   349.00
061919 19B816  0758  122126   86850          1 ANTIBODY SCREEN EA        328.00
061919 19B816  0758  122149   86920          1 CROSSMATCH IMM SPIN       474.00
061919 25B699  0758  122149   86920          1-CROSSMATCH IMM SPIN       474.00-
                                                    SUBTOTAL:            2492.00
     305-LAB/HEMATOLOGY
061419 14B803  0736  117936   85730          1 PTT                      839.00
061419 14B803  0736  117925   85610          1 PROTIME                  761.00
061419 14B803  0736  117875   85027          1 CBC                      508.00
061619 16B099  0736  117925   85610          1 PROTIME                  761.00
061619 16B099  0736  117936   85730          1 PTT                      839.00
061719 17B222  0736  117875   85027          1 CBC                      508.00
061819 18B467  0736  117875   85027          1 CBC                      508.00
061819 18B526  0736  117872   85014          1 HEMATOCRIT               283.00
061819 18B526  0736  117873   85018          1 HEMOGLOBIN               376.00


A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE    PAGE   8   01356
MED REC NO:          943214   11750 SW 40TH STREET       07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                       FL 331753530    ADMITTED      DISCHARGED
LEE CAROL                                                                06/14/19      06/26/19
```

```
DATE OF   BATCH      F        NDC/CPT-4/
SERVICE   REF    DEPT S PROC   HCPCS            QTY SERVICE DESCRIPTION        CHARGES

061919 19B816  0736   117872  85014           1 HEMATOCRIT                     283.00
061919 19B816  0736   117873  85018           1 HEMOGLOBIN                     376.00
061919 19B676  0736   117875  85027           1 CBC                            508.00
061919 19B735  0736   117872  85014           1 HEMATOCRIT                     283.00
061919 19B735  0736   117873  85018           1 HEMOGLOBIN                     376.00
062019 20B875  0736   117875  85027           1 CBC                            508.00
062419 24B545  0736   117875  85027           1 CBC                            508.00
062519 25B756  0736   117875  85027           1 CBC                            508.00
                                                       SUBTOTAL:              8733.00
    306-LAB/BACT-MICRO
062519 25B757  0736   118332  87088           1 CULT W PRESUMPTIVE ID          249.00
062519 28B282  0736   157193  87186           1 GRAM POS SENSI MIC             153.00
062519 28B282  0736   118317  87077           1 AEROBIC ORG ID                  83.00
                                                       SUBTOTAL:               485.00
    307-LAB/UROLOGY
062419 24B590  0736   117615  81001           1 UA W MICRO AUTO                745.00
                                                       SUBTOTAL:               745.00
    320-DX XRAY
061419 14B808  0728   791999  73502           1 XR HIP W PEL UN 2-3 VI         216.00
061419 14B808  0728   791994  73552           1 XR FEMUR MIN 2 VIEWS           216.00
061419 14B909  0728   116403  73562RT         1 XR KNEE 3 V RT                2038.00
061719 17B386  0728   791994  73552           1 XR FEMUR MIN 2 VIEWS           216.00
061819 18B536  0728   116400  73560RT         1 XR KNEE 1 OR 2 V RT           1342.00
```

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE    PAGE   9    01356
MED REC NO:         943214    11750 SW 40TH STREET        07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                        FL 331753530     ADMITTED     DISCHARGED
LEE CAROL                                                                  06/14/19     06/26/19
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SUBTOTAL: | 4028.00 |
| **324-DX X-RAY/CHEST** | | | | | | | | |
| 061419 | 14B909 | 0728 | | 794522 | 71045 | 1 | CHEST XRAY 1 V | 1191.00 |
| 062419 | 24B598 | 0728 | | 794522 | 71045 | 1 | CHEST XRAY 1 V | 1191.00 |
| | | | | | | | SUBTOTAL: | 2382.00 |
| **350-CT SCAN** | | | | | | | | |
| 061419 | 16B150 | 0726 | | 115481 | 73700RT | 1 | CT LOWER EXTRM W/O C R | 7599.00 |
| | | | | | | | SUBTOTAL: | 7599.00 |
| **360-OR SERVICES** | | | | | | | | |
| 061719 | 25B840 | 0701 | | 157457 | | 1 | MAJOR OR FIRST 60 MIN | 27597.00 |
| 061719 | 25B840 | 0701 | | 157458 | | 5 | MAJOR OR ADDL 30 MIN | 46630.00 |
| | | | | | | | SUBTOTAL: | 74227.00 |
| **370-ANESTHESIA** | | | | | | | | |
| 061719 | 25B840 | 0722 | | 115381 | | 1 | ANESTHESIA FIRST 60 MI | 10112.00 |
| 061719 | 25B840 | 0722 | | 115382 | | 5 | ANESTHESIA ADDL 30 MIN | 25540.00 |
| | | | | | | | SUBTOTAL: | 35652.00 |
| **390-BLOOD STOR PROC** | | | | | | | | |
| 061619 | 19B781 | 0758 | | 122188 | P9016 | 1 | PRBC LR | 427.00 |
| | | | | | | | SUBTOTAL: | 427.00 |
| **391-BLOOD ADMIN** | | | | | | | | |
| 061919 | 20Q058 | 0780 | | 124380 | 36430 | 1 | BLOOD TRANSFUSION | 1021.00 |
| | | | | | | | SUBTOTAL: | 1021.00 |
| **420-PHYSICAL THERP** | | | | | | | | |
| 061819 | 18B579 | 0762 | | 122353 | 97110GP | 1 | THER EXERCISES 15 MIN | 702.00 |
| 061819 | 18B579 | 0762 | | 122353 | 97110GP | 2 | THER EXERCISES 15 MIN | 1404.00 |
| 062019 | 20B975 | 0762 | | 122353 | 97110GP | 2 | THER EXERCISES 15 MIN | 1404.00 |
| 062219 | 22B276 | 0762 | | 122353 | 97110GP | 1 | THER EXERCISES 15 MIN | 702.00 |

```
A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE   PAGE  10   01356
MED REC NO:         943214    11750 SW 40TH STREET       07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                      FL 331753530    ADMITTED      DISCHARGED
LEE CAROL                                                                06/14/19      06/26/19
```

```
DATE OF   BATCH      F       NDC/CPT-4/
SERVICE   REF    DEPT S PROC   HCPCS        QTY SERVICE DESCRIPTION        CHARGES

062219 22B276   0762   122358   97116GP      1 GAIT TRAINING 15 MIN P      389.00
062319 23B391   0762   122353   97110GP      1 THER EXERCISES 15 MIN       702.00
062319 23B391   0762   122358   97116GP      1 GAIT TRAINING 15 MIN P      389.00
062319 23B391   0762   122358   97116GP      1 GAIT TRAINING 15 MIN P      389.00
062419 24B592   0762   122353   97110GP      1 THER EXERCISES 15 MIN       702.00
062419 24B592   0762   122358   97116GP      1 GAIT TRAINING 15 MIN P      389.00
062519 25B802   0762   122353   97110GP      1 THER EXERCISES 15 MIN       702.00
062619 26B001   0762   122353   97110GP      1 THER EXERCISES 15 MIN       702.00
                                               SUBTOTAL:                  8576.00
       421-PHYS THERP/VISIT
061819 18B579   0762   122365   97535GP      1 SELF/HOME ONE/ONE 15M       328.00
061819 18B579   0762   122362   97530GP      2 THER ACTIV DIR 15 MIN      1404.00
062019 20B975   0762   122362   97530GP      3 THER ACTIV DIR 15 MIN      2106.00
062219 22B276   0762   122362   97530GP      2 THER ACTIV DIR 15 MIN      1404.00
062319 23B391   0762   122362   97530GP      1 THER ACTIV DIR 15 MIN       702.00
062419 24B592   0762   122362   97530GP      2 THER ACTIV DIR 15 MIN      1404.00
062519 25B802   0762   122362   97530GP      1 THER ACTIV DIR 15 MIN       702.00
062619 26B001   0762   122362   97530GP      1 THER ACTIV DIR 15 MIN       702.00
                                               SUBTOTAL:                  8752.00
       424-PHYS THERP/EVAL
061819 18B579   0762   792700   97163GP      1 EVAL PT HIGH COMPLEX        863.00
                                               SUBTOTAL:                   863.00
```

```
A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:          25448977   KENDALL REGIONAL MED CTR   BILLING DATE   PAGE 11   01356
MED REC NO:           943214    11750 SW 40TH STREET       07/05/19
GUARANTOR NO:
PATIENT:                        MIAMI                      FL 331753530   ADMITTED      DISCHARGED
LEE CAROL                                                                 06/14/19      06/26/19
```

| DATE OF<br>SERVICE | BATCH<br>REF | DEPT | F<br>S | PROC | NDC/CPT-4/<br>HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **430-OCCUPATIONAL THERAPY** | | | | | | | | |
| 062319 | 23B391 | 0766 | | 122814 | 97530GO | 1 | THER ACTIV DIR 15 MIN | 702.00 |
| 062319 | 23B391 | 0766 | | 122819 | 97535GO | 1 | SELF/HOME ONE/ONE 15M | 328.00 |
| 062419 | 24B592 | 0766 | | 122806 | 97110GO | 2 | THER EXERCISES 15 MIN | 1404.00 |
| | | | | | | | SUBTOTAL: | 2434.00 |
| **434-OCCUP THERP/EVAL** | | | | | | | | |
| 061519 | 15B037 | 0766 | | 792707 | 97167GO | 1 | EVAL OT HIGH COMPLEX | 644.00 |
| | | | | | | | SUBTOTAL: | 644.00 |
| **450-EMERG ROOM** | | | | | | | | |
| 061419 | 26WLHI | 0780 | | 124441 | 99285 | 1 | LVL 5 EMER DEPT | 8523.00 |
| | | | | | | | SUBTOTAL: | 8523.00 |
| **636-DRUGS REQUIRING DET CODE** | | | | | | | | |
| 061419 | 14B863 | 0712 | | 005108 | J1650 | 6 | ENOXAPARIN 30 MG INJ | 582.00 |
| 061519 | 15B040 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 061619 | 16B149 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 061619 | 16B097 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 061719 | 17B292 | 0712 | | 595965 | J2370 | 1 | PHENYLEPHN TO 1 ML INJ | 132.00 |
| 061719 | 17B292 | 0712 | | 792603 | J7999 | 2 | CMPD NEOSTG 3MG 3S | 418.00 |
| 061719 | 17B292 | 0712 | | 010270 | J3490 | 3 | GLYCOPYRROLATE 0.2MG I | 603.00 |
| 061719 | 17B290 | 0712 | | 006352 | J2250 | 4 | MIDAZOLAM 2 MG INJ | 236.00 |
| 061719 | 17B291 | 0712 | | 791395 | J2704 | 20 | PROPOFOL 200 MG INJ | 393.00 |
| 061719 | 17B291 | 0712 | | 007591 | J3010 | 1 | FENTANYL CIT 0.1 MG IN | 132.00 |
| 061719 | 17B292 | 0712 | | 006844 | J2405 | 4 | ONDANSETRON 4 MG VL | 272.00 |

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078

```
PATIENT NO:         25448977    KENDALL REGIONAL MED CTR   BILLING DATE    PAGE  12    01356
MED REC NO:          943214     11750 SW 40TH STREET        07/05/19
GUARANTOR NO:
PATIENT:                        MIAMI                       FL 331753530    ADMITTED      DISCHARGED
LEE CAROL                                                                  06/14/19      06/26/19


DATE OF   BATCH      F        NDC/CPT-4/
SERVICE   REF    DEPT S  PROC    HCPCS        QTY SERVICE DESCRIPTION          CHARGES

061719  17B292  0712   007591   J3010          1 FENTANYL CIT 0.1 MG IN        132.00
061719  21C952  0712   003769   J0330         10 DONT USE-SUCCINYLCHOL         118.00
061719  17B385  0712   795300   S0077          1 CLINDAMYCIN 900 MG VL         225.00
061719  17B385  0716   017307   J7050          1 NS 50 ML                      333.00
061719  17B289  0716   017424   J7120          1 LACTATED RINGERS 1000         637.00
061719  18B458  0712   595951   J1885          1 KETOROLAC 15 MG INJ           113.00
061719  18B289  0712   009844   S0028          1 FAMOTIDINE 20 MG INJ          203.00
061819  18B459  0712   795300   S0077          1 CLINDAMYCIN 900 MG VL         225.00
061819  18B459  0716   017305   J7030          1 NS 1000 ML                    648.00
061819  18B459  0716   017307   J7050          1 NS 50 ML                      333.00
061819  18B584  0712   595951   J1885          1 KETOROLAC 15 MG INJ           113.00
061819  18B470  0712   595951   J1885          1 KETOROLAC 15 MG INJ           113.00
061819  18B533  0712   595951   J1885          1 KETOROLAC 15 MG INJ           113.00
061819  19B668  0712   595951   J1885          1 KETOROLAC 15 MG INJ           113.00
061819  18B584  0712   005108   J1650          3 ENOXAPARIN 30 MG INJ          291.00
061819  18B470  0712   005108   J1650          3 ENOXAPARIN 30 MG INJ          291.00
061919  19B743  0712   595951   J1885          1 KETOROLAC 15 MG INJ           113.00
061919  19B673  0712   595951   J1885          1 KETOROLAC 15 MG INJ           113.00
061919  19B814  0712   005108   J1650          3 ENOXAPARIN 30 MG INJ          291.00
061919  19B673  0712   005108   J1650          3 ENOXAPARIN 30 MG INJ          291.00


A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:         25448977   KENDALL REGIONAL MED CTR  BILLING DATE   PAGE  13   01356
MED REC NO:          943214    11750 SW 40TH STREET         07/05/19
GUARANTOR NO:
PATIENT:                       MIAMI                    FL 331753530   ADMITTED     DISCHARGED
LEE CAROL                                                              06/14/19     06/26/19
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 062019 | 20B979 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062019 | 20B878 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062119 | 21B062 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062119 | 21B156 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062219 | 22B226 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062219 | 22B279 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062319 | 23B394 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062319 | 23B335 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062419 | 24B597 | 0716 | | 017305 | J7030 | 1 | NS 1000 ML | 648.00 |
| 062419 | 24B597 | 0716 | | 017313 | J7050 | 1 | NS 100 ML | 333.00 |
| 062419 | 24B597 | 0712 | | 587325 | J0610 | 1 | CA GLUCONATE 10 ML INJ | 132.00 |
| 062419 | 24B478 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062419 | 24B597 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062519 | 25B805 | 0712 | | 004994 | J1644 | 5 | HEPARIN 5000 U INJ | 132.00 |
| 062519 | 25B836 | 0712 | | 004994 | J1644 | 5 | HEPARIN 5000 U INJ | 132.00 |
| 062519 | 25B683 | 0712 | | 005108 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 291.00 |
| 062619 | 26B890 | 0712 | | 004994 | J1644 | 5 | HEPARIN 5000 U INJ | 132.00 |

```
                                                   SUBTOTAL:        13160.00
      710-RECOVERY ROOM
061719 25B840 0704     003374            1 PACU FIRST 60 MIN        6442.00
061719 25B840 0704     003375            1 PACU ADDL 30 MIN         2520.00


A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078
```

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE    PAGE  14    01356
MED REC NO:          943214   11750 SW 40TH STREET          07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                      FL 331753530    ADMITTED     DISCHARGED
LEE CAROL                                                                06/14/19     06/26/19


DATE OF   BATCH      F      NDC/CPT-4/
SERVICE   REF    DEPT S PROC  HCPCS          QTY SERVICE DESCRIPTION       CHARGES

                                                  SUBTOTAL:        8962.00
     730-EKG/ECG
061419 15B013  0744   121389   93005          1 EKG TRACING ONLY     1001.00
062419 25B801  0744   121389   93005          1 EKG TRACING ONLY     1001.00
                                                  SUBTOTAL:        2002.00

     921-PERIPHERAL VASCULAR LAB
061919 19B790  0729   116817   93970          1 DUP VEIN BIL        5180.00
062419 24B598  0729   116817   93970          1 DUP VEIN BIL        5180.00
                                                  SUBTOTAL:       10360.00


                              TOTAL ANCILLARY CHARGES        239096.12

                                     TOTAL CHARGES          261824.12
                                          PAYMENTS               .00
                                       ADJUSTMENTS               .00
                                           BALANCE          261824.12
```

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA IRS ID# 65-0260078

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE      PAGE  15      01356
MED REC NO:          943214   11750 SW 40TH STREET          07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                         FL 331753530   ADMITTED     DISCHARGED
LEE CAROL                                                                 06/14/19     06/26/19
```

## DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0611 | MEDICAL/SURGICAL UNIT | 22,728.00 |
| 0701 | OPERATING ROOM | 74,227.00 |
| 0704 | PACU | 8,962.00 |
| 0712 | PHARMACY | 13,045.00 |
| 0716 | IV SOLUTIONS | 2,932.00 |
| 0717 | SURGICAL IMPLANTS | 15,770.21 |
| 0718 | CENTRAL SUPPLY | 9,446.91 |
| 0722 | ANESTHESIA UNIT | 35,652.00 |
| 0726 | CAT SCAN UNIT | 7,599.00 |
| 0728 | DIAGNOSTIC RADIOLOGY | 6,410.00 |
| 0729 | ULTRASOUND UNIT | 10,360.00 |
| 0736 | LABORATORY | 18,958.00 |
| 0744 | EKG UNIT | 2,002.00 |
| 0758 | BLOOD BANK | 2,919.00 |
| 0762 | PHYSICAL THERAPY | 18,191.00 |
| 0766 | OCCUPATIONAL THERAPY | 3,078.00 |
| 0780 | EMERGENCY ROOM | 9,544.00 |

## REVENUE CHARGE SUMMARY

| REV CD | DESCRIPTION | BILLABLE | NON-BILLABLE | TOTAL |
|--------|-------------|----------|--------------|-------|
| 0111 | MED-SUR-GYN/PVT | 22,728.00 | .00 | 22,728.00 |
| 0250 | PHARMACY | 148.00 | .00 | 148.00 |
| 0259 | DRGS/OTHER | 2,669.00 | .00 | 2,669.00 |
| 0272 | STERILE SUPPLIES | 9,446.91 | .00 | 9,446.91 |
| 0278 | SUPPLY/IMPLANTS | 15,770.21 | .00 | 15,770.21 |
| 0301 | LAB/CHEMISTRY | 8,995.00 | .00 | 8,995.00 |
| 0302 | LAB/IMMUNOLOGY | 2,492.00 | .00 | 2,492.00 |
| 0305 | LAB/HEMATOLOGY | 8,733.00 | .00 | 8,733.00 |
| 0306 | LAB/BACT-MICRO | 485.00 | .00 | 485.00 |
| 0307 | LAB/UROLOGY | 745.00 | .00 | 745.00 |
| 0320 | DX XRAY | 4,028.00 | .00 | 4,028.00 |
| 0324 | DX X-RAY/CHEST | 2,382.00 | .00 | 2,382.00 |

```
PATIENT NO:        25448977   KENDALL REGIONAL MED CTR   BILLING DATE     PAGE  16    01356
MED REC NO:         943214    11750 SW 40TH STREET         07/05/19
GUARANTOR NO:
PATIENT:                      MIAMI                        FL 331753530    ADMITTED     DISCHARGED
LEE CAROL                                                                 06/14/19     06/26/19


        0350   CT SCAN                      7,599.00          .00        7,599.00
        0360   OR SERVICES                 74,227.00          .00       74,227.00
        0370   ANESTHESIA                  35,652.00          .00       35,652.00
        0390   BLOOD STOR PROC                427.00          .00          427.00
        0391   BLOOD ADMIN                  1,021.00          .00        1,021.00
        0420   PHYSICAL THERP               8,576.00          .00        8,576.00
        0421   PHYS THERP/VISIT             8,752.00          .00        8,752.00
        0424   PHYS THERP/EVAL                863.00          .00          863.00
        0430   OCCUPATIONAL THERAPY         2,434.00          .00        2,434.00
        0434   OCCUP THERP/EVAL               644.00          .00          644.00
        0450   EMERG ROOM                   8,523.00          .00        8,523.00
        0636   DRUGS REQUIRING DET CODE    13,160.00          .00       13,160.00
        0710   RECOVERY ROOM                8,962.00          .00        8,962.00
        0730   EKG/ECG                      2,002.00          .00        2,002.00
        0921   PERIPHERAL VASCULAR LAB     10,360.00          .00       10,360.00


           TOTAL CHARGES:      261,824.12
           TOTAL PAYMENTS:           .00
           TOTAL ADJUST:             .00
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Absolute Home Care Inc | | 2 | | 3a PAT. CNTL # 11878074 | | | | 4 TYPE OF BILL |
| 8000 N University Dr | | | | b. MED REC # 1407 | | | | 329 |
| Tamarac          FL    33321-2118 | | | | 5 FED. TAX NO. 650421547 | | 6 STATEMENT COVERS PERIOD FROM 07/12/2019  THROUGH 08/13/2019 | | 7 |

| 8 PATIENT NAME | a | | 9 PATIENT ADDRESS | a 9110 FOUNTBINEBLEAU BLVD APT 205 | | | | |
|---|---|---|---|---|---|---|---|---|
| b LEE, CAROL A | | | b MIAMI | | | c FL | d 33172 | e |

| 10 BIRTHDATE | 11 SEX | 12          DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21  22  23  24  25  26  27  28 | | | | | | | | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | 07122019 | 3 | 1 | | | 01 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE     DATE | 32 OCCURRENCE CODE     DATE | 33 OCCURRENCE CODE     DATE | 34 OCCURRENCE CODE     DATE | 35 OCCURRENCE SPAN CODE   FROM   THROUGH | 36 OCCURRENCE SPAN CODE   FROM   THROUGH | 37 |
|---|---|---|---|---|---|---|

| 38 | | | | | 39 VALUE CODES CODE    AMOUNT | | 40 VALUE CODES CODE    AMOUNT | | 41 VALUE CODES CODE    AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| Palmetto GBA | | | | a | 61 | 33124.00 | 85 | 12086.00 | | |
| | | | | b | | | | | | |
| | | | | c | | | | | | |
| | | | | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0023 | Home Health Services | 2AHKS | 07122019 | 1 | 0.00 | | |
| 0623 | Wound Care Supplies | | 07122019 | 1 | 5.13 | | |
| 0421 | Physical Therapy | G0151 | 07122019 | 3 | 150.00 | | |
| 0551 | Skilled Nursing | G0299 | 07122019 | 6 | 150.00 | | |
| 0421 | Physical Therapy | Q5001 | 07122019 | 1 | 0.01 | | |
| 0431 | Occupational Therapy | G0152 | 07152019 | 3 | 70.00 | | |
| 0551 | Skilled Nursing | G0299 | 07152019 | 2 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 07162019 | 3 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 07182019 | 3 | 150.00 | | |
| 0551 | Skilled Nursing | G0299 | 07192019 | 2 | 150.00 | | |
| 0551 | Skilled Nursing | G0299 | 07222019 | 2 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 07222019 | 3 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 07242019 | 3 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 07262019 | 3 | 150.00 | | |
| 0551 | Skilled Nursing | G0299 | 07262019 | 2 | 150.00 | | |
| 0551 | Skilled Nursing | G0299 | 07292019 | 2 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 07292019 | 3 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 07312019 | 3 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 08022019 | 3 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 08052019 | 3 | 150.00 | | |
| 0421 | Physical Therapy | G0157 | 08072019 | 3 | 150.00 | | |
| 0551 | Skilled Nursing | G0299 | 08082019 | 2 | 150.00 | | |

| PAGE 1    OF 2 | | CREATION DATE 09062019 | TOTALS ➡ | | |
|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1740373968 |
|---|---|---|---|---|---|---|
| Palmetto GBA | 11001 | Y | Y | 0.00 | 3225.14 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| LEE, CAROL | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| 19HL19HL11DRAOCNBG | | |

| 66 DX | S72001D | M9701XD | M150 | I10 | J45909 | Z7901 | Z4801 | W19XXXD | Z87891 | 67 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | Z87440 | | | | | | | | | |

| 68 ADMIT DX | 69 PATIENT REASON DX | | | 70 PPS CODE | 71 | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE    DATE | a. OTHER PROCEDURE CODE    DATE | b. OTHER PROCEDURE CODE    DATE | 75 | 76 ATTENDING NPI 1225331531 | QUAL |
|---|---|---|---|---|---|
| c. OTHER PROCEDURE CODE    DATE | d. OTHER PROCEDURE CODE    DATE | e. OTHER PROCEDURE CODE    DATE | | LAST JACOBS    FIRST JEREMY ALLEN | |
| | | | | 77 OPERATING NPI    LAST    FIRST | |
| 80 REMARKS | | 81CC a | | 78 OTHER NPI    LAST    FIRST | QUAL |
| | | b | | 79 OTHER NPI    LAST    FIRST | QUAL |
| | | c | | | |
| | | d | | | |

| UB-04 CMS-1450 | APPROVED OMB NO. 0938-0997 | NUBC | THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF |
|---|---|---|---|

| 1 Absolute Home Care Inc | 2 | | 3a PAT. CNTL # 11878074 | | 4 TYPE OF BILL |
|---|---|---|---|---|---|
| 8000 N University Dr | | | b. MED. REC. # 1407 | | 329 |
| Tamarac          FL    33321-2118 | | | 5 FED. TAX NO. 650421547 | 6 STATEMENT COVERS PERIOD  FROM 07/12/2019  THROUGH 08/13/2019 | 7 |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS a | 9110 FOUNTEINEBLEAU BLVD APT 205 | | |
|---|---|---|---|---|---|
| LEE, CAROL A | | b MIAMI | | c FL d 33172 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | 07122019 | 3 | 1 | | | 01 | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| | | | | | | |

| 38 | | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|---|---|
| Palmetto GBA | | a | 61  33124.00 | 85  12086.00 | |
| | | b | | | |
| | | c | | | |
| | | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0421 | Physical Therapy | G0157 | 08122019 | 3 | 150.00 | | |
| 0551 | Skilled Nursing | G0299 | 08132019 | 3 | 150.00 | | |
| 0421 | Physical Therapy | G0151 | 08132019 | 3 | 150.00 | | |
| 0001 | PAGE 2 OF 2 | | CREATION DATE 09062019 | TOTALS ➡ | 3225.14 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1740373968 |
|---|---|---|---|---|---|---|
| Palmetto GBA | 11001 | Y | Y | 0.00 | 3225.14 | 57 OTHER |
| | | | | | | PRV ID |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| LEE, CAROL | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| 19HL19HL11DRAOCNBG | | |

| 66 DX | S72001D | M9701XD | M150 | I10 | J45909 | Z7901 | Z4801 | W19XXXD | Z87891 | 68 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | Z87440 | | | | | | | P | | |

| 69 ADMIT DX | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | | 73 |
|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 76 ATTENDING NPI 1225331531 | QUAL |
|---|---|---|---|---|
| | | | LAST JACOBS | FIRST JEREMY ALLEN |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | 77 OPERATING NPI | QUAL |
| | | | LAST | FIRST |
| 80 REMARKS | 81CC a | | 78 OTHER NPI | QUAL |
| | b | | LAST | FIRST |
| | c | | 79 OTHER NPI | QUAL |
| | d | | LAST | FIRST |

UB-04 CMS-1450          APPROVED OMB NO. 0938-0997          NUBC          THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Feb 20 20 04:17p          Carol A Lee                          305-220-0326                    p.12

2/14/2020                                          Transaction Receipt

## Merchant: NATIONAL MEDICAL

12605 NW 115TH AVE UNIT B-102
MEDLEY, FL 33178                    3056889991
US

Description:
Order Number:                      P.O. Number:
Customer ID:        29255          Invoice Number:

**Billing Information**              **Shipping Information**
CAROL LEE

                                                    Shipping:        0.00
                                                    Tax:             0.00
                                                    **Total:   USD 237.13**

Date/Time:            14-Feb-2020 10:55:51 PST
Transaction ID:       62191501030
Transaction Type:     Authorization w/ Auto Capture
Transaction Status:   Captured/Pending Settlement
Authorization Code:   035605
Payment Method:       Visa XXXX7516